FID# 10292280

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED**
MAR 31 2017

United States of America
v.
Zakaryia Abdin

Defendant

Case No. 2:17 mj 81

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Zakaryia Abdin,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The Defendnat attempted to provide material support to a designated foreign terrorist organization, the Islamic State of Iraq and al-Sham ("ISIS") in violation of Title 18, United States Code, Section 2339B(a)(1). Specifically, Abdin attempted to provide material support or resources, as the term is defined in 18 U.S.C. § 2339(a), namely personnel, (i.e. himself), to ISIS and has performed these acts in the District of South Carolina.

Date: Mar 31, 2017

_Issuing officer's signature_

City and state:   Charleston, South Carolina

United States Magistrate Judge Bristow Marchant
_Printed name and title_

### Return

This warrant was received on (date) MAR 3 1 2017, and the person was arrested on (date) 3/30/17
at (city and state)  Charleston, SC.

Date: 4/3/17

FBI S/A Chris Whitaker
_Arresting officer's signature_

By: P. Schwartz CPS
_Printed name and title_